PROB 12C
(6/16)

Report Date:  July 22, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charice Marie Unruh          Case Number: 0980 2:16CR00028-WFN-2

Address of Offender:                               Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 7, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1349 and 1344 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 37 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: April 10, 2019 |
| Defense Attorney: | Bevan Jerome Maxey | Date Supervision Expires: April 9, 2024 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/05/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #8:**  You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

**Supporting Evidence:** On July 12, 2021, Charice Unruh allegedly violated special condition number 8 by violating the rules and requirements of the residential reentry center (RRC).

On September 10, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Unruh, as outlined in the judgment and sentence.  She signed a copy acknowledging the requirements.

On June 25, 2021, Your Honor modified the offender's conditions of supervision to include public law placement at the RRC. Ms. Unruh was subsequently released from custody at the Spokane County Jail on July 8, 2021, at which time she reported to the RRC as arranged.

On July 12, 2021, Ms. Unruh was authorized to go to Walmart, and required to return to the RRC by 6:10 p.m.

Prob12C
**Re: Unruh, Charice Marie**
**July 22, 2021**
**Page 2**

On July 13, 2021, the undersigned officer received notification from the RRC that the offender had failed to return from her authorized pass by the required time on July 12, 2021. According to the information received, Ms. Unruh called the RRC at 6:14 p.m. and claimed that she was just leaving Walmart because she was having issues with her debit card. When she called, she was already late at that point. Ms. Unruh arrived at the facility at 6:51 p.m., more than 40 minutes late, and with luggage that was not listed on her receipt.

7       **Special Condition #1**:  You must not open, possess, use, or otherwise have access to any checking account, ATM card, or credit card, without the advance approval of the supervising officer.

**Supporting Evidence**: On July 12, 2021, Charice Unruh allegedly violated special condition number 1 by possessing photos of debit and credit cards, as well identification cards, in names of other individuals.

On September 10, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Unruh, as outlined in the judgment and sentence. She signed a copy acknowledging the requirements.

On July 12, 2021, during a random inspection of Ms. Unruh's cell phone, RRC staff located nine concerning photos. Among the photos were three credit cards and a Washington identification card, all in names other than Ms. Unruh's. Also included were images of two California identification cards, both with the offender's photo but with the personal information of others.

The U.S. Probation Office respectfully recommends the Court to issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/22/2021
_____

s/Amber M.K. Andrade
_____

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Unruh, Charice Marie**
**July 22, 2021**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[X]   The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

   7/22/2021
_____
Date